# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:15-CR-070-MMD-(WGC) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| JAYSON ALAN ROBBINS, | |
| Defendant. | |

This Court finds that defendant JAYSON ALAN ROBBINS pled guilty to Count Three of a Three-Count Superseding Indictment charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5). Superseding Indictment, ECF No. 40; Change of Plea, ECF No. 81; Binding Plea Agreement, ECF No. 82.

This Court finds defendant JAYSON ALAN ROBBINS agreed to the forfeiture of the property set forth in the Binding Plea Agreement and the Forfeiture Provision of the Superseding Indictment. Superseding Indictment, ECF No. 40; Change of Plea, ECF No. 81; Binding Plea Agreement, ECF No. 82

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Binding Plea Agreement and the Forfeiture Provision of the Superseding Indictment and the offense to which defendant JAYSON ALAN ROBBINS pled guilty.

The following property is subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

1. ASUS Desktop Computer, s/n: F4PDCG0026K3;
2. Compaq Presario Desktop Computer, s/n: CNH6521M2S;
3. eMachines Desktop Computer, s/n: PTNCG0200104005F44;
4. Samsung Galaxy cell phone with white case, s/n: unknown;
5. Samsung tablet computer, s/n: RF2D30T4RZD;
6. Sandisk Connect external hard drive, s/n: 001994313B73;
7. ATT LG cell phone, red, s/n: 06KPQJ052604;
8. Pantech cell phone, s/n: 102900422488;
9. ATT LG cell phone, red, s/n: 205CYSF126966;
10. 6 CDs;
11. 4 DVDs;
12. 3 PNY memory cards;
13. LG Verizon cell phone, s/n: 801CYQX1352732;
14. Samsung Tablet, model SK7312, s/n: R32D405XRAA;
15. Verizon LG cell phone, s/n: 908KPED1757612;
16. Silver thumb drive;
17. 2 Kingston thumb drives, 1 GB;
18. 2 PNY thumb drives, 2 GB;
19. 3 PNY thumb drives, 8 GB;
20. 1 PNY SD card, 4 GB;
21. 1 PNY SD card, 2 GB;
22. SanDisk SD card, 1GB;
23. Lexar SD card, 8 GB;
24. PNY Micro SD card, 32 GB;
25. PNY Micro SD card, 8 GB;
26. SanDisk Micro SD card, 1 GB;

27. 4 MP4 players: (1) Nextar MP4 player (black & silver), s/n: YF0903011034; (2) MP4 player (black & red), s/n: unknown; (3) MP4 player (black & silver), s/n: unknown; and (4) Coby MP4 player (black), s/n: unknown; and

28. Samsung SCH-I435 cell phone, s/n: RV8F90NLD2L

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of JAYSON ALAN ROBBINS in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be

signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 400 South Virginia Street, Suite 900
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 9th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE